IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE SERRANO,<br><br>    Defendant.<br>_____/ | No. CR 07-0212 WHA<br><br>Related case:<br><br>No. C 09-0782  WHA<br><br>**ORDER TO SHOW CAUSE** |

      Defendant has moved to vacate, set aside, or correct his sentence. The motion and case files do not "conclusively show" that defendant is not entitled to relief. *See* 28 U.S.C. 2255. The government is **ORDERED TO SHOW CAUSE** within sixty days why the motion should not be granted, if that is its position, and to file then all portions of the record previously transcribed and relevant to the motion. The Clerk shall **SERVE** this order upon defendant and the United States. If the government opposes the motion, defendant shall have 90 days from submission of the opposition to reply. All parties are reminded that this matter is under seal, so all responses should be filed accordingly.

**IT IS SO ORDERED.**

Dated: August 31, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE