IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE SERRANO,<br><br>  Defendant.<br>_____ / | No. CR 07-0212 WHA<br><br>**REQUEST FOR PROBATION<br>AND GOVERNMENT RESPONSE** |

  Defendant Jose Serrano has filed a motion to reduce his sentence under Amendment 782 to the United States Sentencing Guidelines. The probation department and the government are requested to respond by **FEBRUARY 3, 2016.**

Dated: January 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE