1

2

3

4

5

6

7                              IN THE UNITED STATES DISTRICT COURT

8                            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11   UNITED STATES OF AMERICA,                        No. CR 07-0212 WHA

12              Plaintiff,

13      v.

14   JOSE SERRANO,                                    **ORDER RE DEFENDANT'S
                                                       MOTION FOR REDUCTION
15              Defendant.                             OF SENTENCE UNDER
                                                       AMENDMENT 782**
16   _____/

17        Defendant Jose Serrano moves, pro se, for a reduction of his sentence under 18 U.S.C.

18   3582(c)(2) and Amendment 782 to the Sentencing Guidelines.  The United States Probation

19   Office has submitted a report in opposition, stating that defendant is not eligible for a lower

20   sentence.

21        Amendment 782 to the United States Sentencing Guidelines, effective November 1,

22   2014, reduces the penalties for most drug offenses by reducing most offense levels.  This

23   amendment may be applied retroactively to reduce the sentences of previously sentenced

24   inmates under 18 U.S.C. 3582(c)(2).  Amendment 782 does not authorize, however, reductions

25   in sentences when the offender's total offense level was determined pursuant to the career

26   offender provisions of USSG 4B1.1.

27        In July 2007, a jury convicted defendant Jose Serrano of possession with intent to

28   distribute crack cocaine in violation of 21 U.S.C. 841(a)(1), 841(b)(1)(C), and 851.  In

**United States District Court**
For the Northern District of California

November, he was sentenced to 204 months of incarceration based on his status as a career

offender.  Accordingly, defendant is not eligible for a sentence reduction and his motion is

**DENIED**.

       **IT IS SO ORDERED.**

Dated: February 1, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2