

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

Return To Sender
☐ Not At This Address
☐ Unknown
☐ Not Authorized
☒ Need Correct Name and Reg. No.

NIXIE     970  D2  1            0002/15/16
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 941023489999      *0540-01099-02-43

Jose Serrano
#90287-111
Sheridan Federal Correctional Institution
P.O. Box 5000
Sheridan, OR 97378

07-cr-00212-WHA-1

ORIGINAL
FILED

FEB - 1 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE SERRANO,<br><br>Defendant. | No. CR 07-0212 WHA<br><br>**ORDER RE DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE UNDER AMENDMENT 782** |

Defendant Jose Serrano moves, pro se, for a reduction of his sentence under 18 U.S.C. 3582(c)(2) and Amendment 782 to the Sentencing Guidelines. The United States Probation Office has submitted a report in opposition, stating that defendant is not eligible for a lower sentence.

Amendment 782 to the United States Sentencing Guidelines, effective November 1, 2014, reduces the penalties for most drug offenses by reducing most offense levels. This amendment may be applied retroactively to reduce the sentences of previously sentenced inmates under 18 U.S.C. 3582(c)(2). Amendment 782 does not authorize, however, reductions in sentences when the offender's total offense level was determined pursuant to the career offender provisions of USSG 4B1.1.

In July 2007, a jury convicted defendant Jose Serrano of possession with intent to distribute crack cocaine in violation of 21 U.S.C. 841(a)(1), 841(b)(1)(C), and 851. In

November, he was sentenced to 204 months of incarceration based on his status as a career offender. Accordingly, defendant is not eligible for a sentence reduction and his motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>SERRANO,<br><br>        Defendant. | Case No. 3:07-cr-00212-WHA-1<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 2/2/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Serrano
#90287-111
Sheridan Federal Correctional Institution
P.O. Box 5000
Sheridan, OR 97378

Dated: 2/2/2016

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        By: _____
                                        Dawn Logan, Deputy Clerk to the
                                        Honorable WILLIAM ALSUP