STEVEN G. KALAR
Federal Public Defender
GRACE R. DiLAURA
Assistant Federal Public Defender
450 Golden Gate Ave., Room 19-6884
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Grace_DiLaura@fd.org

Counsel for Defendant SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00212 WHA-001 |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL OF PENDING MOTION UNDER 28 U.S.C. § 2255 |
| v. | |
| JOSE ISMAEL SERRANO, | **Court**: Hon. William H. Alsup |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Petitioner Jose Ismael Serrano, through undersigned counsel, hereby gives notice of voluntary dismissal of his Motion to Vacate under 28 U.S.C. § 2255 filed on June 17, 2016 (Dkt. 171.)  *See* Fed. R. Civ. P. 41(a)(1)(A)(i); Rules Governing Section 2255 Cases, Rule 12 (stating that the Federal Rules of Civil Procedure may be applied in § 2255 proceedings).  Petitioner no longer seeks relief through section 2255.  The government has not yet filed an answer to the pending motion, and so Petitioner may voluntarily dismiss his Motion to Vacate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  *See* Fed R. Civ. P. 41(a)(1)(A)(i), 41(a)(1)(B); Rules Governing Section 2255 Cases, Rule 12.

CR 07-00212 WHA
NOTICE OF VOLUNTARY DISMISSAL                1

| | |
|---|---|
| Date:  March 15, 2017 | Respectfully submitted, |
| | STEVEN G. KALAR<br>Federal Public Defender |
| | ___/s/_____<br>GRACE R. DiLAURA<br>Assistant Federal Public Defender |