STEVEN G. KALAR
Federal Public Defender
GRACE R. DiLAURA
Assistant Federal Public Defender
450 Golden Gate Ave., Room 19-6884
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:     (415) 436-7706
Grace_DiLaura@fd.org

Counsel for Defendant SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOSE ISMAEL SERRANO,<br><br>            Defendant. | No. CR 07-00212 WHA-001<br><br>PETITIONER'S RESPONSE TO MOTION TO DISMISS<br><br>**Court**: Hon. William H. Alsup |

### RESPONSE TO MOTION TO DISMISS

Petitioner Jose Ismael Serrano filed a Motion to Vacate under 28 U.S.C. § 2255 on June 17, 2016 (Dkt. 171.) On March 13, 2017, the government filed a motion to dismiss Mr. Serrano's petition. (Dkt. 177.) On March 15, 2017, Mr. Serrano filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Dkt. 178.) Because the government has not yet filed an answer to the pending motion, Mr. Serrano may voluntarily dismiss his Motion to Vacate as a matter of right under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Fed R. Civ. P. 41(a)(1)(A)(i), 41(a)(1)(B); Rules Governing Section 2255 Cases, Rule 12.

CR 07-00212 WHA
RESP. TO MOTION TO DISMISS                   1

1  Because Mr. Serrano has voluntarily dismissed his petition and no longer seeks relief
2  under 28 U.S.C. § 2255, there is no legal issue to resolve regarding the government's motion to
3  dismiss. If the Court finds it necessary to resolve the government's motion, Mr. Serrano
4  respectfully requests that the Court deny the motion as moot. For the Court's convenience, Mr.
5  Serrano includes a proposed order to that effect.

Date: March 20, 2017                Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

\_\_\_\_/s/_____
GRACE R. DiLAURA
Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSE ISMAEL SERRANO,<br><br>　　　　　Defendant. | No. CR 07-00212 WHA<br><br>[PROPOSED] ORDER DENYING MOTION TO DISMISS AS MOOT |

In light of Petitioner's Voluntary Dismissal of his Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Dkt. 178), the government's Motion to Dismiss (Dkt. 177) is DENIED AS MOOT. All remaining deadlines and/or hearing dates are hereby VACATED.

　　　　　IT IS SO ORDERED.

　_____　　　_____
　DATED　　　　　　　　　　　　　William Alsup
　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER DENYING MOT. TO DISMISS AS MOOT
CR 07-00212 WHA