IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE SERRANO,<br><br>Defendant. | No. CR 07-0212 WHA<br><br>**ORDER VACATING HEARING AND DENYING AS MOOT MOTION TO DISMISS** |

Defendant Jose Serrano voluntarily dismissed his motion to vacate (Dkt. No. 178). Accordingly, the hearing scheduled for **TUESDAY, MARCH 21**, is **VACATED**. Respondent's motion to dismiss is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: March 20, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE