# UNITED STATES DISTRICT COURT
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Venue**

---

### Petition for Warrant for Person Under Supervision

---

| | |
|---|---|
| **Person Under Supervision**<br>Jose Ismael Serrano | **Docket Number**<br>0971 3:07CR00212-001 WHA |

**Name of Sentencing Judge:**   The Honorable William Alsup
Senior United States District Judge

**Date of Original Sentence:**   October 30, 2007

**Original Offense**
Count Three: Possession with Intent to Distribute a Controlled Substance with Enhancement for Prior Felony Drug Conviction, 21 U.S.C. §§841(a)(1), 841(b)(1)(C) and 851, a Class B Felony.

**Original Sentence:** 204 months custody; six years supervised release
**Special Conditions:** $100 special assessment; weapons prohibition; check/answer voicemails; substance abuse testing and treatment; search; no association with Sureño or any other gang members; and DNA.

**Prior Form(s) 12:** None

| | |
|---|---|
| **Type of Supervision**<br>Supervised Release | **Date Supervision Commenced**<br>December 8, 2023 |
| **Assistant U.S. Attorney**<br>Brigid S. Martin | **Defense Counsel**<br>Daniel Paul Blank (AFPD) |

---

### Petitioning the Court for the issuance of a no bail warrant for the arrest of the person under supervision.

I, Salvador Tinoco, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

**RE:**    Serrano, Jose Ismael                                                                                2
           0971 3:07CR00212-001 WHA

<u>Charge Number</u>              <u>Violation</u>

One                        There is probable cause to believe the person under supervision violated the mandatory condition that he must not commit another federal, state, or local crime.

> On March 27, 2024, Mr. Serrano was in violation of California Penal Code (PC) § 187(a) – Murder, a felony, and PC enhancement § 12022.53(d) – Death or Injury with Firearm.
>
> On March 27, 2024, Richmond Police Department officers responded to a reported shooting at a residence. A gunshot victim was located and pronounced deceased at the scene. The suspect in the shooting has been identified as Mr. Jose Ismael Serrano.
>
> An arrest warrant in the amount of $2,000,000 was issued out of the Contra Costa County Superior Court of California.
>
> On March 28, 2024, Mr. Serrano was arrested and is currently in custody at the Martinez Detention Facility.
>
> Evidence in support of this charge is contained in the Superior Court of California County of Contra Costa Arrest Warrant for Mr. Serrano dated March 28, 2024, and the Richmond Police Department Case Number 2024-0003009.

Based on the foregoing, there is probable cause to believe Jose Ismael Serrano violated the conditions of his Supervised Release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,                         Reviewed by:

_____                 _____
Salvador Tinoco                                 Juan F. Ramirez
U.S. Probation Officer                          Supervisory U.S. Probation Officer
Date Signed: March 28, 2024

**RE:**   Serrano, Jose Ismael                                                                 3
          0971 3:07CR00212-001 WHA

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

XX   The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE.  THE FORM SHALL BE UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.

☐   Other:

**March 29, 2024**
Date

The Honorable William Alsup
Senior United States District Judge

NDC-SUPV-FORM 12C(2)  1/12/2024

**RE:**    Serrano, Jose Ismael                                                                                             4
       0971 3:07CR00212-001 WHA


APPENDIX

Grade of Violations:  A [USSG §7B1.1(a)(1), p.s.]

Criminal History at time of sentencing:  VI

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Three years<br>18 U.S.C. § 3583(e)(3) | 33 – 41 months<br>USSG §7B1.4(a), p.s. |
| **Supervised Release:** | Five years to life<br>18 U.S.C. § 3583(h) | Five years to life<br>USSG §7B1.3(g)(2), p.s. |
| **Probation:** | Not Authorized | Not Applicable |