MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Telephone:    (510) 500-9994
Email:        hanni@mlf-llp.com

Attorneys for Jose Serrano

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** 3:07-CR-00212-WHA |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| JOSE SERRANO, | |
| Defendant. | |

The parties submit this joint status report as ordered by the Court. Dkt. 193. Mr. Serrano is currently in the custody of the Contra Costa County Sheriff with no bail set in his case. His next scheduled court appearance is July 8, 2024 for a "to set hearing," the state equivalent of a status conference. The parties will submit another status report to the Court on July 26, 2024.

Undersigned defense counsel certifies he has obtained approval from counsel for the government to sign this joint status report.

JOINT STATUS REPORT
*United States v. Serrano*, 3:07-CR-00212-WHA

1

Respectfully submitted,

Dated:    May 31, 2024          MOEEL LAH FAKHOURY LLP

                                      /S
                               HANNI M. FAKHOURY
                               Attorneys for Jose Serrano

Dated:    May 31, 2024          ISMAIL J. RAMSEY
                               United States Attorney
                               Northern District of California

                                      /S
                               KYLE F. WALDINGER
                               Assistant United States Attorney

JOINT STATUS REPORT
*United States v. Serrano*, 3:07-CR-00212-WHA