MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Telephone:   (510) 500-9994
Email:       hanni@mlf-llp.com

Attorneys for Jose Serrano

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE SERRANO,<br><br>Defendant. | **Case No.:** 3:07-CR-00212-WHA<br><br>**JOINT STATUS REPORT** |

The parties submit this joint status report as ordered by the Court. Dkt. 193. Mr. Serrano is currently in the custody of the Contra Costa County Sheriff with no bail set in his case. On November 27, 2024, the Contra Costa County District Attorney filed a notice of intent not to seek the death penalty against Mr. Serrano. Mr. Serrano had his jury trial resulting in a guilty verdict on October 27, 2025. Sentencing is set for January 9, 2026. According to Mr. Serrano's attorney in state court, Mr. Serrano will receive a mandatory sentence of life imprisonment without the possibility of parole.

In this federal case, the parties have begun discussions on a potential resolution to the pending Form 12 that accounts for the fact Mr. Serrano will—barring the unlikely outcome of an appeals court vacating his conviction—be in state custody for the rest of his life. The parties hope to have a proposed resolution to the Court sometime after the sentencing hearing on January 9, 2026 and will file a further status report to the Court on January 30, 2026.

Undersigned defense counsel certifies he has obtained approval from government counsel to sign this joint status report.

Respectfully submitted,

Dated:        November 26, 2025                                /S
                                                          HANNI M. FAKHOURY
                                                          Attorneys for Jose Serrano

Dated:        November 26, 2025                                /S
                                                          JEFFREY BORNSTEIN
                                                          Assistant United States Attorney

JOINT STATUS REPORT
*United States v. Serrano*, 3:07-CR-00212-WHA

2