MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Telephone:   (510) 500-9994
Email:        hanni@mlf-llp.com

Attorneys for Jose Serrano

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 3:07-CR-00212-WHA |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| JOSE SERRANO, | |
| Defendant. | |

The parties submit this joint status report as ordered by the Court. Dkt. 193. On January 9, 2026, Mr. Serrano was sentenced to life imprisonment without the possibility of parole following his conviction for first degree murder after jury trial. He is currently in the custody of the California Department of Corrections and Rehabilitation at North Kern State Prison.

In this federal case, the parties have been in discussions with the Probation Office on a potential resolution to the pending Form 12 that accounts for the fact Mr. Serrano will—barring the unlikely outcome of an appeals court vacating his conviction—be in state custody for the rest of his life. The parties will file a further status report to the Court by February 27, 2026.

Undersigned defense counsel certifies he has obtained approval from government counsel to sign this joint status report.

JOINT STATUS REPORT
*United States v. Serrano*, 3:07-CR-00212-WHA

Respectfully submitted,

Dated:      January 29, 2026

/S
HANNI M. FAKHOURY
Attorneys for Jose Serrano

Dated:      January 29, 2026

/S
JEFFREY BORNSTEIN
Assistant United States Attorney

JOINT STATUS REPORT
*United States v. Serrano*, 3:07-CR-00212-WHA

2