# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

---

### Report on Person Under Supervision

---

**Person Under Supervision**
Jose Ismael Serrano

**Docket Number**
0971 3:07CR00212-001 WHA

**Name of Sentencing Judge:**    The Honorable William Alsup
Senior United States District Judge

**Date of Original Sentence:**    October 30, 2007

**Original Offense:**
Count Three: Possession with Intent to Distribute a Controlled Substance with Enhancement for Prior Felony Drug Conviction, 21 U.S.C. §§841(a)(1), 841(b)(1)(C) and 851, a Class B Felony.

**Original Sentence:** 204 months custody; six years supervised release
**Special Conditions:** $100 special assessment; weapons prohibition; check/answer voicemails; substance abuse testing and treatment; search; no association with Sureño or any other gang members; and DNA.

**Prior Form(s) 12:** On March 29, 2024, a Petition for Warrant for Person Under Supervision was filed alleging a new law violation. On April 4, 2024, Mr. Serrano made his Initial Appearance before the Honorable Alex G. Tse, United States Magistrate Judge. On April 11, 2024, Mr. Serrano was ordered release on his own recognizance and transferred to state custody.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Jeffrey Bornstein
**Defense Counsel**
Hanni M. Fakhoury (Appointed)

**Date Supervision Commenced**
December 8, 2023
**Date Supervision Expires**
December 7, 2029

---

### Petitioning the Court to Take Judicial Notice

On March 27, 2024, a Petition for Warrant for Person Under Supervision was filed due to Mr. Serrano committing murder while on supervised release. On January 9, 2026, Mr. Serrano was sentenced in Contra Costa County Superior Court to life without the possibility of parole following a guilty verdict for California Penal Code § 187(a) – 1st Degree Murder. Mr. Serrano will spend

**RE:**    Serrano, Jose Ismael                                                                                                        2
0971 3:07CR00212-001 WHA

the rest of his life in prison.  It is recommended the Court take judicial notice of the Petition for Warrant dated March 29, 2024, and terminate Mr. Serrano's term of supervised release.

The Assistant U.S. Attorney has been notified and there are no objections.

Respectfully submitted,                                          Reviewed by:

_____                     _____
Salvador Tinoco                                                    Laura Triolo
U.S. Probation Officer                                             Supervisory U.S. Probation Officer
Date Signed: March 2, 2026

THE COURT ORDERS:

☒    The Court concurs and takes judicial notice of the Petition for Warrant dated March 29, 2024, and terminates supervised release.

☐    Submit a request to modify supervision

☐    Submit a request for a warrant

☐    Submit a request for summons

☐    Other:

_____                     _____
    March 3, 2026                                                   Vince Chhabria
Date                                                                     United States District Judge

NDC-SUPV-FORM 12A  4/6/2015